JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ZEBULEN COLE HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-cr-392 JAM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING CASE |
| VIDAL FABELA, et. al., | ) |
| | ) Date:  January 15, 2013 |
| | ) Time:  9:45 a.m. |
| Defendants. | ) Judge: Hon. John A. Mendez |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jill Thomas, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, ZEBULEN COLE HUGHES, and acting also on behalf of all other defense counsel[1], that the status conference now set for January 15, 2013, should be vacated and the matter continued to March 26, 2013, at 9:45 a.m. for status conference. This continuance is sought in order to permit counsel to review 38 compact disks of just-received discovery and to consult with clients regarding that material, and to consider investigation, motions, procedural options open to clients, and other aspects of defense

---

[1] The court is advised that Mr. Staniels has consulted with all counsel listed on the signature page of this stipulation and has been authorized to sign on their behalf.

1 preparation.

2 The court is advised that as of this writing discovery is in the
3 process of being disseminated to various counsel by the Federal
4 Defender.  It also appears that a copying glitch occurred that will
5 cause some delay in disseminating discovery in a form useful to
6 counsel.

7 **IT IS FURTHER STIPULATED** that a continuance of the first scheduled
8 appearance before the district judge is reasonably necessary given the
9 volume of discovery being disseminated and of the far-reaching scope of
10 the conspiracy charged in the indictment. For these reasons the court
11 is requested to find that the interests of justice served by granting
12 this continuance from January 15, 2013, through March 26, 2013,
13 outweigh the interests of the defendants and the public in a speedy
14 trial and that time within which the trial of this matter must be
15 commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,*
16 should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and
17 Local Code T-4.

18 **IT IS SO STIPULATED**.

19                     Respectfully submitted,

20

21 Dated:  January 10, 2013         */ S/ Jill Thomas*
                                     Jill Thomas
22                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
23
   Dated:  January 10, 2013         */S/ Tasha Paris Chalfant*
24                                   Tasha Paris Chalfant
                                     Attorney for Rudolph Edward Jimenez
25
   Dated:  January 10, 2013         */S/ Michael L. Chastaine*
26                                   Michael L. Chastaine
                                     Attorney for Eleazar Guido Nunez
27
   Dated:  January 10, 2013         */S/ Philip Cozens*
28                                   Philip Cozens
                                     Attorney for Jaime Ysidro Sturgis

Stipulation and Proposed Order    -2-

| | | |
|---|---|---|
| Dated: January 10, 2013 | | */S/ Kresta Nora Daly* <br> Kresta Nora Daly <br> Attorney for Angelo Lorenzo Gonzales |
| Dated: January 10, 2013 | | */S/ Olaf William Hedberg* <br> Olaf William Hedberg <br> Attorney for Jose Andre Jaramillo |
| Dated: January 10, 2013 | | */S/ Dwight M. Samuel* <br> Dwight M. Samuel <br> Attorney for Mario Hernandez Garcia |
| Dated: January 10, 2013 | | */S/ Jeffrey Lewis Staniels* <br> Jeffrey Lewis Staniels <br> Assistant Federal Defender <br> Attorney for Zebulen Cole Hughes |
| Dated: January 10, 2013 | | */S/ Scott L. Tedmon* <br> Scott L. Tedmon <br> Attorney for Emilio Roberto Lopez |
| Dated: January 10, 2013 | | */S/ James S. Thomson* <br> James S. Thomson <br> Attorney for Vidal Fabela |

# O R D E R

Based on the above representations of counsel the court finds that the requested continuance is appropriate and that the interests of the government and the defense in granting this continuance outweigh the interests of the defendants and the public in a speedy trial. The requested continuance is therefore GRANTED. Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from January 15, 2013, through March 26, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: January 10, 2013   /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

Stipulation and Proposed Order   -3-