UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>VIDAL FABELA, et. al.,<br><br>            Defendants. | Case No. 2:12-CR-00392 JAM |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>VIDAL FABELA,<br><br>            Defendants. | RELATED CASE ORDER<br><br>Case No. 2:12-CR-00372 LKK |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

1
2
3
4    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

5
6
7
8
9    IT IS THEREFORE ORDERED that the action denominated 2:12-CR-0000372-LKK be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CR-00372-JAM.

10
11
12
13   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

14   IT IS SO ORDERED.

Dated:  January 24, 2013.

15
16
17
18              /s/ John A. Mendez
                Hon. John A. Mendez
                JUDGE,UNITED STATES DISTRICT
                COURT
19
20
21
22
23
24
25
26
27
28

2