1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. CR S 2:12-0392 JAM
12 |                    Plaintiff,      | STIPULATION AND ORDER
                                         CONTINUING STATUS CONFERENCE/TCH
13 |          v.                        | AND SETTING CHANGE OF PLEA DATE,
                                         VACATING TRIAL CONFIRMATION AND
14 | VIDAL FABELA,                      | TRIAL DATE AND EXCLUDING TIME
15 |
   |                    Defendant.
16 |

17

18        Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jill M.

19 Thomas, and defendant Vidal Fabela, by and through his counsel James S. Thomson, Esq., stipulate and

20 agree that the trial confirmation hearing date of May 13, 2014, and the trial date of June 9, 2014 should

21 be vacated. Additionally, the parties request that the status conference/TCH currently set for May 13,

22 2014, be continued to June 10, 2014, and converted to a change of plea hearing for defendant Vidal

23 Fabela, and stipulate that the time beginning May 13, 2014, and extending through June 10, 2014,

24 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the

25 ends of justice are served by the Court excluding such time, so that counsel may have reasonable time

26 necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

27 § 3161(h)(7)(B)(iv). Specifically, counsel needs additional time to investigate the facts of the case,

28 review discovery and to negotiate a resolution to this matter. The parties stipulate and agree that the

          Stipulation and Order                        1

interest of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) Local Code T-4.

Dated:  May 7, 2014              BENJAMIN B. WAGNER
                                 United States Attorney

Dated:  May 7, 2014              /s/ Jill M. Thomas
                                 JILL M. THOMAS
                                 Assistant United States Attorney

Dated:  May 7, 2014              /s/ James S. Thomson
                                 JAMES S. THOMSON
                                 Attorney for defendant Vidal Fabela

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial confirmation date of May 13, 2014, and the trial date of June 9, 2014, are hereby VACATED. Additionally,  the status conference/trial confirmation presently set for May 13, 2014, at 1:30 p.m., be continued to June 10, 2014 at 9:30 a.m..  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice in taking this action outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from May 13, 2014, and extending through June 10, 2014 shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:  May 8, 2014              /s/ JOHN A, MENDEZ
                                 _____
                                 Honorable John A. Mendez
                                 United States District Court Judge

Stipulation and Order                    2