JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124

Attorney for Defendant
VIDAL FABELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12 CR 392 JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| vs. ) | |
| ) | |
| VIDAL FABELA, ) | |
| ) | |
| Defendant. ) | **Judge: Hon. John A. Mendez** |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Jill Marie Thomas, Assistant United States Attorney, and defendant Vidal Fabela, through his attorney, James Thomson, that the sentencing hearing of October 14, 2014, be continued to December 2, 2014 at 9:30 a.m.  Probation Officer Lisa Hage is not opposed to this stipulation. The undersigned has verified that December 2, 2014, is available on the Court's calendar.

Dated: August 31 2014                     Respectfully submitted,

                                          JAMES S. THOMSON

                                          */s/ James S. Thomson*
                                          _____
                                          JAMES S. THOMSON
                                          Attorney for defendant Vidal Fabela

Dated: August 31, 2014                    Respectfully submitted,

                                          */s/ Jill Marie Thomas*
                                          _____
                                          Jill Marie Thomas
                                          Assistant United States Attorney

1

1 | **IT IS SO ORDERED**, that the sentencing in the above-entitled matter, scheduled for October
2 | 14, 2014, be vacated and the matter continued to December 2, 2014 at 9:30 for sentencing.

Dated: 9/2/2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge